# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DWIGHT GORDON,** | ) |
| **Plaintiff,** | ) |
| | ) No. 3:15-cv-00080 |
| v. | ) |
| | ) Judge Nixon |
| **CAROLYN W. COLVIN,** | ) Magistrate Judge Brown |
| **Acting Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is Plaintiff Dwight Gordon's Motion for Judgment on the Administrative Record ("Motion"). (Doc. No. 14.) Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 17 at 24.) The Report was filed on June 6, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 24th day of June, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT